IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 2:06-mj-39-SRW-3 |
| | ) | |
| CARLOS SOLANO-OLASCOAGA, | ) | |

**MOTION FOR FUNDS TO EMPLOY INTERPRETER**

COMES NOW Defendant, by and through counsel, and prays that this Court will authorize him to employ Ms. Beverly M. Childress, 24178 Antioch Rd., Andalusia, AL 36420, as an interpreter in this case at the expense of the government. As grounds Defendant would show as follows:

1. Mr. Solano-Olascoaga does not speak English.

2. Mr. Solano-Olascoaga's attorney's facility with Spanish is inadequate to assure accurate communications and, thus, competent representation.

3. The absence of a federally certified interpreter would prejudice the right of Defendant to a fair trial.

4. Mr. Solano-Olascoaga is incarcerated, is indigent, and is without funds with which to employ an interpreter.

5. Ms. Childress is a federally certified interpreter who is well known to this Court. Ms. Childress has agreed to accept appointment.

WHEREFORE, the premises considered, Defendant prays that the Court will appoint, and/or permit counsel to employ at the expense of the government, Ms. Beverly Childress as interpreter for Defendant.

RESPECTFULLY SUBMITTED, this __22nd__ day of April, 2006.

/s/ JAY LEWIS  
Jay Lewis  
Law Offices of Jay Lewis, L.L.C.  
P.O. Box 5059  
Montgomery, Alabama 36103  
(334) 263-7733 (Voice)  
(334) 832-4390 (Fax)  
J-Lewis@JayLewisLaw.com  
ASB-2014-E66J  
Counsel for Defendant Solano-Olascoaga  

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on the following parties or attorneys by filing the same with the Clerk via the CM/ECF system, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first class postage prepaid on this __22nd__ day of April, 2006.

Hon. Terry Moorer  
Assistant United States Attorney  
One Court Square, Suite 201  
Montgomery, AL 36104  

/s/ JAY LEWIS  
Jay Lewis  
Law Offices of Jay Lewis, L.L.C.  
P.O. Box 5059  
Montgomery, Alabama 36103  
(334) 263-7733 (Voice)  
(334) 832-4390 (Fax)  
J-Lewis@JayLewisLaw.com  
ASB-2014-E66J  
Counsel for Plaintiff