IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 2:06-mj-39-SRW-3 |
| ) | |
| CARLOS SOLANO-OLASCOAGA, ) | |

**NOTICE OF APPEARANCE**

COMES NOW Jay Lewis, attorney at law, to enter his appearance on behalf of the above-named defendant, and would pray that the Court and parties serve him with process and all needful papers.

RESPECTFULLY SUBMITTED, this __22nd__ day of April, 2006.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Counsel for Defendant Solano-Olascoaga

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing has been served on the following parties or attorneys by filing the same with the Clerk via the CM/ECF system, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first class postage prepaid on this __22nd__ day of April, 2006.

Hon. Terry Moorer
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                                /s/ JAY LEWIS
                                                Jay Lewis
                                                Law Offices of Jay Lewis, L.L.C.
                                                P.O. Box 5059
                                                Montgomery, Alabama 36103
                                                (334) 263-7733 (Voice)
                                                (334) 832-4390 (Fax)
                                                J-Lewis@JayLewisLaw.com
                                                ASB-2014-E66J
                                                Counsel for Plaintiff