**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

UNITED STATES OF AMERICA      )
                                      )
        vs.                  )       Criminal Case No. 2:06-mj-39-SRW-3
                                      )
CARLOS SOLANO-OLASCOAGA,    )

**<u>MOTION TO WITHDRAW</u>**

      COMES NOW the undersigned counsel to move the Court for leave to withdraw from representation of the above named defendant, and as cause would show as follows:

1.     The undersigned comes to this case by way of appointment by the Court pursuant to assignment by the Federal Defender.

2.     The undersigned will be out of the country from April 28th through May 15th, visiting in Panamá.

3.     The Court has scheduled a preliminary hearing during that time.

4.     The undersigned believes it would compromise his effective representation of his client to seek substitution of counsel for such an important proceeding.

5.     The situation is exacerbated by the unavailability of the appointed interpreter, Ms. Beverly Childress, for consultation with the client at any time prior to the undersigned's departure.  Ms. Childress has notified counsel that a family medical emergency has forced her to cancel all appointments this week, including the one that counsel had arranged for consultation with his client at the Montgomery City Jail.

6.     This confluence of circumstances compels the undersigned's suggestion that the client would be better served by appointment of new counsel.

7.      The undersigned has already conferred with the Federal Defender who has indicated

willingness to designate another member of the CJA panel for consideration by the Court

for appointment to this case.

WHEREFORE, the premises considered, the undersigned counsel prays that the Court

will grant him leave to withdraw from this matter and will appoint successor counsel to represent

the defendant herein.

RESPECTFULLY SUBMITTED, this __26th__ day of April, 2006.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Counsel for Defendant Solano-Olascoaga

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on the following parties or attorneys by
filing the same with the Clerk via the CM/ECF system on this __26th__ day of April, 2006.

Hon. Terry Moorer
Hon. A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Counsel for Defendant