IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MOTION GRANTED**
THIS 30 DAY OF May, 2006

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 2:06-mj-39-SRW-3 |
| ) | |
| CARLOS SOLANO-OLASCOAGA, ) | |

### MOTION FOR LEAVE TO SUBSTITUTE COUNSEL AT INITIAL APPEARANCE

COMES NOW Defendant, by and through counsel, and prays that this Court will excuse him from appearing at the initial appearance of Defendant before this Honorable Court, and as grounds would show as follows:

1. At the moment that Defendant's counsel accepted referral of this case from the Federal Defender he did not have access to his calendar.

2. That calendar would have shown counsel that he is scheduled to be in depositions in Stevenson, Alabama, on 4/24/06 and 4/25/06, in a civil case presently pending in the Northern District of Alabama.

3. The undersigned counsel has discussed this matter with Richard Keith, a CJA panel member who is also scheduled to represent a defendant before this Court at the same time and in the same case. Mr. Keith has agreed, pending the approval of the Court, to substitute for the undersigned solely for the purpose of the initial appearance in this case.

4. While the undersigned counsel has not had an opportunity to discuss this matter with his client, he has discussed this matter with Ms. Beverly Childress, who has agreed to provide translation services to the client, pending the approval of the Court (motion to employ interpreter filed contemporaneously herewith), and she has agreed to an initial meeting with counsel and client on Wednesday, April 23rd.