IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06mj39-SRW |
| | ) | |
| CARLOS SOLANO-OLASCOAGA | ) | |

**ORDER ON MOTION**

Upon consideration of defendant counsel's motion to withdraw (Doc. # 36), filed April 26, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Attorney Malcolm Newman is appointed to represent defendant in this action.

DONE, this 3rd day of May, 2006.

/s/ Susan Russo Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE