```
             IN THE DISTRICT COURT OF THE UNITED STATES
                FOR THE MIDDLE DISTRICT OF ALABAMA
                         NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
         v.                     )    CR. NO.   2:06mj39-SRW
                                )
HORACIO JAIMES-ALBITER,         )
CARLOS SOLANO-OLASCOAGA,        )
FRANCISCO ULLOA-JIMINEZ,        )
JULIO CESAR ZAVALA-ULLOA, and   )
OMAR TORRES-VAZQUEZ             )
```

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

This case is eligible for a detention order because this case involves:

|       |                                                              |
|-------|--------------------------------------------------------------|
|       | Crime of violence (18 U.S.C. 3156)                           |
|   X   | Maximum sentence of life imprisonment or death               |
|   X   | 10 + year drug offense                                       |
|       | Felony, with two prior convictions in the above categories   |
|   X   | Serious risk the defendant will flee                         |
|   X   | Serious risk of obstruction of justice                       |

2.   Reason For Detention

The Court should detain defendant because there are no conditions of release which will reasonably assure:

__X__   Defendant's appearance as required
__X__   Safety of any other person and the community

3.   Rebuttable Presumption

The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

__X__   Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)
_____   Previous conviction for "eligible" offense committed while on pretrial bond
_____   A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.   Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

_____   At the initial appearance
__X__   After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 3rd day of May, 2006.

>LEURA G. CANARY
>United States Attorney
>
>/s/A. Clark Morris
>A. CLARK MORRIS
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, AL 36104
>Phone: (334)223-7280
>Fax: (334)223-7135
>E-mail: clark.morris@usdoj.gov